# Third District Court of Appeal

## State of Florida

Opinion filed December 14, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-347
Lower Tribunal No. 16-91 SP
_____

## The Personal Injury Clinic, Inc.,
## a/a/o Odily Maltez,
Appellant,

vs.

## Allstate Property and Casualty Insurance Company,
Appellee.

An Appeal from the County Court for Miami-Dade County, Milena Abreu, Judge.

Law Office of Chad A. Barr, P.A., and Chad A. Barr and Dalton L. Gray (Altamonte Springs), for appellant.

Shutts & Bowen LLP, Daniel E. Nordby and Jason Gonzalez (Tallahassee), and Garrett A. Tozier (Tampa), for appellee.

Before EMAS, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Sunshine Rehab & Med. Inc. v. Allstate Fire & Cas. Ins. Co.</u>, 343 So. 3d 695, 696 (Fla. 3d DCA 2022).